UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CABRAL,<br><br>                              Plaintiff,<br><br>              -against-<br><br>COMMISSIONER CYNTHIA BRANN, *et al.*,<br><br>                              Defendants. | 20-CV-10116 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 22, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $400.00 in filing fees.[1] *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 22, 2021
             New York, New York

                                                                                  _____
                                                                                          COLLEEN McMAHON
                                                                                  Chief United States District Judge

---

[1] On December 1, 2020, the filing fees required to file a federal civil action increased to $402.00 – a $350.00 filing fee plus a $52.00 administrative fee. Because Plaintiff's action was filed prior to December 1, 2020, the increased filing fees do not apply to this action.